No. 88–462.   UNITED PAPERWORKERS' INTERNATIONAL UNION, AFL–CIO, LOCAL NO. 1069 v. S. D. WARREN CO., A DIVISION

OF SCOTT PAPER CO. (two cases). C. A. 1st Cir. Certiorari denied.